AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Miguel Angel Garcia | ) | Case No. 7:24-mj-0006 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
January 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____KG_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 13, 2024** in the county of **Midland, Texas** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Titles 21 USC 841(a)(1), 841(b)(C)(1) | Possession with intent to distribute a quantity of Methamphetamine. |

This criminal complaint is based on these facts:

See attachment

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ Matthew Sedillo
*Complainant's signature*

Matthew Sedillo MPD Narcotics Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/16/2024

*Judge's signature*

City and state: Midland, Texas

U.S. Magistrate Judge Ronald Griffin
*Printed name and title*

## AFFIDAVIT

7:24-mj-006

I, Matthew Sedillo, a Detective with the Midland Texas Police Department Narcotics Unit, (Midland PD), being duly sworn state:

1. I have successfully completed extensive training emphasizing narcotics investigation and law enforcement. I have been employed by the Midland Texas Police Department as a police officer and detective for approximately 17 years and I have approximately 12 years of narcotics related investigative experience as a Police Officer of the Midland Police Department. I have further attended training by the Texas Narcotics Officers Association and the United States Drug Enforcement Administration pertaining to the investigation of narcotics related offenses.

2. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Midland Police Department. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists that **Miguel Angel Garcia** did knowingly and intentionally possess with intent to distribute more than fifty grams of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code 841(a)(1).

3. On January 12, 2024, at 2356 hours Officer Paul and Officer Zambrano observed a White 2021 Nissan Versa (TXLP: SYY 5985) stopped on a crosswalk at a red light at the intersection of North Big Spring Street and West Golf Course Road in Midland County,

1

  Texas. Officers observed the traffic light turn green and the Nissan Versa did not begin to drive. A few moments later the vehicle began to drive northbound. Officers activated the red and blue emergency lights and conducted a traffic stop on the Nissan Versa for above-mentioned violation.

4. Officers contacted the driver, identified as Miguel Angel Garcia and sole occupant of the vehicle. Officer Paul observed Garcia to be lethargic. Officer Zambrano was on the passenger side of the vehicle and noticed a green cup in plain view containing a plastic bag containing unknown substance in the center console. Officer Zambrano asked what was in the green cup and Garcia stated it was his wife's cooking material. Officer Zambrano asked Garcia to hand Officer Paul the green cup. Garcia gave the cup to Officer Paul which contained a plastic bag of an unknown substance. Officer Paul placed the cup on the top of the car and eventually asked Garcia to step out of the vehicle to which Garcia complied. Officers asked for consent to search the vehicle and Garcia consented.

5. Officer Paul searched under the driver seat and found a used meth pipe. Officer Paul also found a scale and a meth pipe with a crystal substance in it in the glove box. Officer Paul placed Garcia in handcuffs. Officer Zambrano tested the substance that was inside the green cup inside the plastic bag, which tested positive for Methamphetamine. Officer Paul then read Garcia his Miranda Rights. Garcia stated the meth pipes and Methamphetamine are not his. Garcia was then transported to the Midland Police Department to be interviewed by a Narcotics Detective. The Methamphetamine located inside the plastic bag in the green cup weighed 11.352 ounces.

6. Garcia was interviewed in reference to the Methamphetamine located inside his vehicle. Prior to the interview Garcia was read his *Miranda* warnings, which he advised he understood. Garcia appeared to be extremely drowsy/tired due to continually closing his eyes. Detective Sedillo asked Garcia is he had taken anything that would prevent him from

understanding what was going on and Garcia stated he had not. Garcia claimed the Methamphetamine located in his vehicle was not his. Garcia claimed an individual left the Methamphetamine in his vehicle to set him up to get arrested.

7. Affiant believes based upon the weight of the substance (over 300 grams), the Methamphetamine was not for personal use but rather was intended to be distributed.

8. After being interviewed, Garcia was brought to the Midland Memorial Hospital for medical clearance. Garcia was medically cleared and was transported to Midland CDC for the state charge of Manufacture/Delivery of a controlled substance over 200 grams.

9. On January 13, 2024, Detective Sedillo placed a federal hold/remand on Garcia due to the federal prosecutor agreeing to charge Garcia for the Methamphetamine federally.

10. The punishment Garcia faces if convicted of the alleged charges in this complaint is up to 20 years in prison; a minimum term of supervised release for three years, a maximum fine of up to $1,000,000; and a $100 special assessment.

11. United States Attorney Patrick Sloane is aware of this incident and has approved federal prosecution of Garcia.

\_\_/s/ Matthew Sedillo_____  
Matthew Sedillo  
Narcotics Detective  
Midland Police Department

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

\_1/16/2024_____  
Date

Sworn to and subscribed before me in my presence.

_____  
Ronald Griffin  
United States Magistrate Judge

\_1/16/2024_____  
Date

3